ORDERED UNSEALED on 12/28/2023 s/ DMartinez

SEALED

s/ D. Martinez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. LUCRESIA STONE-ROJAS, Defendant. | Case No.: '23 MJ4401<br>COMPLAINT FOR VIOLATION OF:<br>Title 18, U.S.C., Sec. 922(g)(1) – Felon in Possession of a Firearm |

The undersigned complainant being duly sworn states:

COUNT ONE

On or about November 12, 2023, within the Southern District of California, defendant Lucresia STONE-Rojas, knowing she had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce, to wit: a loaded 9mm caliber Walther handgun bearing serial number S030148; in violation of Title 18, United States Code, Section 922(g)(1).

ANTHONY D. COLON
SPECIAL AGENT, ATF

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 6th day of December 2023.

HON. DAVID D. LESHNER
UNITED STATES MAGISTRATE JUDGE

# PROBABLE CAUSE STATEMENT

On November 12, 2023, at approximately 6:18 p.m. an El Cajon Police Department (ECPD) Officer responded to a notification from a license plate reader that a Porsche reported as stolen with California license plate 9DOR733 was traeveling near the area of North Second Streeet and East Main Street in El Cajon. The responding Officer was advised over radio that the Porsche was last seen traveling westbound on East Main Street.

Upon arriving to the area near West Main Street and Magnolia Avenue, the responding Officer observed a vehicle matching the description of the stolen Porsche traveling westbound on West Main Street. As the Officer followed the Porsche, the Officer observed the vehicle to be black Porsche Cayenne with California license plate 9DOR733—the same vehicle that had been reported as stolen. The Officer then activated his lights and sirens and initiated a traffic stop of the Porsche.

The Porsche yielded to the Officer near West Main Street and Johnson Avenue and the Officer initiated a high-risk traffic stop. The Officer drew his department-issued firearm and commanded the driver to exit the Porsche. The driver—later identified as Lucresia STONE-Rojas—complied with the Officer's commands and was taken into custody. There were no other occupants or passengers in the Porsche at the time of the traffic stop. Located within the Porsche were a purse containing approximately 100 small plastic bags typically used for narcotics packaging and approximately $502 in cash. A records check of STONE revealed an outstanding felony warrant for her arrest.

A search of STONE incident to arrest revealed a loaded and unregistered Walther 9mm caliber semiautomatic firearm (bearing serial number S030148) located in STONE's waistband. A loaded 9mm magazine compatible with the Walther firearm was also located on STONE's person. During a post-arrest interview, STONE admitted the Walther firearm was hers and that she was carrying the Walther firearm for protection.

Records checks on STONE revealed the following relevant criminal history:

| CONVICTION DATE | COURT OF CONVICTION | CHARGE | TERM OF IMPRISONMENT |
|---|---|---|---|
| 2/25/2016 | CASC – San | HS 11378 – Possess | 7 years prison |

| | | | |
|---|---|---|---|
| | Diego | Controlled Substance for Sale | |
| 8/21/2013 | CASC – Chula Vista | HS 11348 – Possess Controlled Substance for Sale | 4 years prison |
| 12/13/2006 | CASC – San Diego | PC 245(a)(2) - Assault with Firearm on Person | 5 years prison |

The Walther firearm was seized and inspected. Preliminary checks revealed that the firearm was not manufactured in California. Therefore, the firearm traveled in, and/or affected interstate commerce to arrive in the state of California.

**REQUEST FOR SEALING**

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendant to flee and may cause destruction of evidence and may have a negative impact on this continuing investigation.